UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON BOYD,

    Plaintiff,

vs.

Case No.: 2:21-cv-12456
Hon. Nancy G. Edmunds
Magistrate Jonathan J.C. Grey

CITY OF CENTER LINE,

    Defendant.

---

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this matter is dismissed in its entirety, with prejudice and without costs and fees to any party.

| | |
|---|---|
| By: */s/Scott P. Batey (with consent)*<br>SCOTT P. BATEY (P54711)<br>Attorneys for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800<br>sbatey@bateylaw.com | By: */s/Lauri B. Stewart*<br>LAURI B. STEWART (P55014)<br>Attorneys for Defendant<br>500 Woodward Ave., Suite 2500<br>Detroit, MI 48226<br>(313) 961-0200<br>lstewart@kerr-russell.com |

Dated: October 10, 2022

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDON BOYD,

    Plaintiff,

vs.

CITY OF CENTER LINE,

    Defendant.

Case No.: 2:21-cv-12456
Hon. Nancy G. Edmunds
Magistrate Jonathan J.C. Grey

## ORDER FOR DISMISSAL

Upon reading and filing the foregoing Stipulation of the parties and the Court being fully advised;

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, with prejudice and without costs and fees to any party.

Dated: October 11, 2022

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
U.S. District Court Judge

{39016/48/D1757454.DOCX;1}